IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| WILLIAM McKNIGHT,<br>TDCJ No. 025232021,<br><br>    Petitioner,<br><br>v.<br><br>DAVID DUKE, Sheriff,<br>Wichita County, Texas,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:21-cv-00131-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the petition for habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 13th day of May, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE